1
2
3
4
5

Candice L. Shoemaker
AZ State Bar #018615
1641 E. Osborn Rd., Suite 8
Phoenix, AZ, 85016
480-656-9847

shoemakerlawgroup@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR 21-00428-SPL |
| v. | **Motion to Determine Counsel of Record** |
| Luke Galinis, | |
| Defendant. | Defendant Is Not In Custody |

Undersigned defense counsel respectfully requests a hearing to determine defense counsel of record in the above captioned matter. On May 5, 2022, the Court appointed undersigned CJA counsel to represent Mr. Galinis. (ECF No. 43). Defendant is aware that he has a 6th Amendment Right pursuant to the Constitution of the United States to represent himself in this matter. In that regard, Mr. Galinis has repeatedly attempted to file pro se motions with the court. (ECFs No. 60, 64 and 65).

At this time, undersigned counsel requests that this Court schedule a hearing, *ex parte* and under seal, to determine whether Mr. Galinis will be permitted to represent himself in this matter or whether appointed counsel will remain counsel of record.

With the Court's permission, Mr. Galinis has been residing in Florida since the beginning of this criminal case. The Court has ordered that Mr. Galinis travel to Arizona and appear in

person for the jury trial scheduled for August 8, 2023. Given his current residency in Florida, Defendant requests permission to telephonically attend any hearing this Court schedules to address the Motion to Determine Counsel of Record.

Defense counsel has contacted Assistant United States Attorney Lindsey Short and Assistant United States Attorney Kristen Brook regarding this motion and they indicate the government takes no position as to Defendant's motion to determine counsel.

Date submitted: June 22, 2023.

   / s/ Candice L. Shoemaker
Candice L. Shoemaker
Counsel for Defendant Galinis

Copy of the foregoing transmitted
By ECF for filing this 22nd
day of June, 2023, to:

**CLERK'S OFFICE**
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

**KRISTEN BROOK**
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue
Suite 1200
Phoenix, Arizona 85004

**LINDSAY SHORT**
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue
Suite 1200
Phoenix, Arizona 85004


  /s/ Candice L. Shoemaker
Candice Shoemaker
Counsel for Defendant Galinis